UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**APRIL GRACE** f/k/a **APRIL GOWDY**,

    Plaintiff,

v.                                                      CASE NO. 3:15-cv-1496-J-25PDB

**NAVIENT SOLUTIONS, INC.**

    Defendant.
_____/

## O R D E R

Pursuant to the parties' Stipulation (Dkt. 11), it is

**ORDERED** that this action is **DISMISSED with prejudice**. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of May, 2016.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record